# Energy Enhancement System, LLC

## RESEARCH LICENSE AGREEMENT

This License Agreement (hereinafter referred to as "the Agreement") is hereunto made and entered into as of this date __4/19/2023__, _____ (hereinafter referred to as (the "Effective Date"), by and between Energy Enhancement System, LLC (hereinafter referred to as "Licensor"), whose mailing address is 10086 Ashiem St. Las Vegas, NV 89183 and __Susan Bowman__ (hereinafter referred to as "Licensee") whose address is __3077 N Kootenai Rd Sandpoint, ID 83__ for a term of 12 months (hereinafter referred to as the "Initial Term").

## RECITALS

A. Energy Enhancement System, LLC, is the Sole Licensor of the proprietary computer hardware and software technology collectively known as "HHFe Technology™" also known as EESystem™ (hereinafter known as "The Technology").

B.   Licensee desires Licensor to install the Technology at their principle location (hereinafter referred to as the "Installation Site"), or at any other installation site to be determined by a written agreement between Licensor and Licensee. Licensee's telephone number __4252607528__ and email address is __restorationhealing@yahoo.com__. Licensor shall grant unto Licensee a license to utilize the Technology for personal and/or professional use for the purposes of conducting ongoing research with individuals who have either experienced the Technology in a room where it has been set up and/or have taken products that have been potentiated by the Technology.

C.    Licensor is willing to grant unto Licensee a limited non-exclusive license in consideration of Licensee's agreement to provide Licensor with any and all data, documentation, and testimonials collected; as well as any and all clinical research that Licensee may perform. Licensee agrees to allow Licensor to use the name of the Licensee and the name of its clinic & research facility including the doctor(s), researcher(s) and Scientist(s) performing said research. For the purposes of liability, ongoing research & marketing, the Licensor will provide to the Licensee a Client Release Agreement to be used for obtaining the abovementioned data collection, research & testimonials and it's the Licensee's sole responsibility to secure these Client Release Agreements before granting public access to the Technology.

## AGREEMENTS

In consideration of the mutual covenants and promises set forth herein, Licensor and Licensee agree as follows:

1.1 **Grant of License.** Subject to the terms, conditions and restrictions stated herein, Licensor hereby grants to Licensee the limited non-exclusive, non-transferable license (hereinafter referred to as "the License") to use the Technology

Please initial here that you understand that any Licensee does not own the HHFe software or right to transfer the Technology, and therefore has no right to sell any License, use of the HHFe software and the security device "dongles" with the computer hardware. All security devices or "dongles" remain the sole property of Energy Enhancement System, LLC. All sales of pre-owned EESystem™ equipment are required to be re-assigned through the Licensor with proper installation and a new License agreement. Unauthorized sale or use of any intellectual property/license is criminal. Licensee is not authorized to charge consumer/retail products for resale under this license.
**Initial**_____

1.2    **Warranties.** LICENSOR WARRANTS THAT THE TECHNOLOGY SHALL BE FREE OF ANY DEFECTS IN DESIGN AND CONSTRUCTION AND THAT IT WILL PERFORM IN ACCORDANCE WITH LICENSOR'S SPECIFICATIONS FOR THE INITIAL TERM OF THE AGREEMENT. THESE WARRANTIES ARE MADE IN PLACE OF ANY IMPLIED WARRANTY OF MERCHANTABILITY OR OF FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE HEREBY DISCLAIMED. LICENSOR SHALL MAKE AVAILABLE TO LICENSEE THE MANUFACTURER'S ONE YEAR LIMITED NEW PRODUCT WARRANTY PROVIDED ON THE MONITORS AND THE COMPUTERS. LICENSOR SHALL NOT BE LIABLE UNDER ANY THEORY FOR ANY DAMAGES SUFFERED BY LICENSEE OR ANY USER OF THE TECHNOLOGY. ALTHOUGH THERE IS ONGOING MEDICAL AND/OR CLINICAL RESEARCH ON THE ENERGY ENHANCEMENT TECHNOLOGY, THERE HAVE BEEN NO DETRIMENTAL FIELDS OR EFFECTS MEASURED OR OBSERVED. NEITHER THE FOOD & DRUG ADMINISTRATION NOR THE AMERICAN MEDICAL ASSOCIATION (AMA) HAS EVALUATED THE TECHNOLOGY. THIS TECHNOLOGY IS NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE. MEDICAL ADVICE MUST ONLY BE OBTAINED FROM A QUALIFIED HEALTH PRACTITIONER. RESULTS MAY VARY BETWEEN INDIVIDUALS. NO GUARANTES, EXPRESS OR IMPLIED CAN BE MADE.

1.3    **Rights.** Title, ownership rights, and intellectual property rights in and to all Technology non-existing, or hereafter developed or acquired shall remain, in exclusivity, the sole property of Dr. Sandra Rose Michael. Licensee agrees to abide by patent, trademark and copyright laws and all applicable laws of the United States and/or any other territory of use including, but not limited to, export control laws, and applicable International laws. Licensee acknowledges that the EESystem™ Patent-Pending Technology in source code form remains a confidential trade secret of Dr. Sandra Rose Michael and therefore Licensee agrees not to personally or allow any other person or entity to copy, duplicate, modify the Technology, or attempt to decipher, decompile, disassemble or in any way attempt to reverse engineer the Technology.

1.4    **Specifications and Limitations.** This License is specific and limited in application to its sole use on **24** computers at Licensee's Installation Site, as stated hereinabove. Licensee agrees not to assign, sell, timeshare, loan, lease, sub-license, or rent the Technology to or with any other person, business or entity without prior written consent from Licensor.

1.5    **Licensee further agrees:** Not to make any claims in advertising, publish or otherwise using any media or any form thereof, U.S. or International, without the prior written approval, consent and authorization of Licensor.

    1.6    **Term.**  This License shall be for an initial period of 12 (twelve) months. Should both Parties agree, in writing, to so extend this Agreement, Licensor and Licensee may extend this License at the end of its "Initial Term", in twelve (12) month increments, under the same or similar terms and conditions described herein. Licensor has the right to amend agreements at the end of each term. Licensee will automatically renew under current terms as long as licensor does not make amendments. Licensee will auto renew as long as licensee agrees to any new amendments.  Modifications to licenses may be modified by licensor as TOS evolve at no cost to end user.

    1.7    **Training.**  The Licensor will train in the basic use and installation/recalibration of the Technology.  The Technology must remain aligned according to the Licensor's specifications and this training is to be utilized for those purposes only.  Installation and training is to be done by those authorized by Licensor.

1.8    **Termination.**  Upon the termination of this Agreement, by either party, Licensee shall allow Licensor, or Licensor's authorized agent's immediate access to remove the Technology that has been installed on Licensee's computers.  All computer equipment (except the Technology & security key "dongles") will remain the property of Licensee and is therefore not refundable. Licensee agrees not to assign its rights herein. Licensor reserves all rights to change its pricing structure & fees with or without notice.  Licensor reserves the right to revoke and/or terminate this Agreement at any time in the event of misuse or reconfiguration of the Technology and/or associated equipment in a manner that is not acceptable to Licensor. This License shall be governed by and construed in accordance with the laws of the State of Nevada, and as to matters affecting copyrights, trademarks and patents, by U.S. Federal laws, and applicable International laws.  This License sets forth the entire agreement between Licensor and Licensee.

        NOTE:  In the event of termination by either party, Licensor or its authorized agents shall be allowed immediate access to all computer equipment and be allowed to remove the Technology.  All computer equipment will remain the property of the Licensee and is therefore non-refundable.  A software "key" or dongle that plugs into the rear of each unit to access the Technology is property of Licensor and is to be returned promptly after termination or written request.

    1.8    **Licensor's Non-Liabilities.**  Licensor shall not be liable for incidental, consequential, special or indirect damages of any sort, whether arising in tort, contract or otherwise, even if Licensor has been informed of the possibilities of such damages, or (b) for any claim by any other party.

    1.9    **Service/License Fee.**  As a consideration for the License, and the intended use of the Technology, the Licensee can utilize the Technology for a period of 12 (twelve) months and pay to Licensor as follows:

    1) An initial one-time non-refundable fee of **125,000**(U.S. Dollars) for **24-unit** EESystem™ Technology enhanced computers, with **24** monitors. Rack mounts and/or additional hardware are not included in this amount. Price does not include international shipping (cost to be determined).

2) Licensee agrees to keep the Technology calibrated to Energy Enhancement System, LLC's Precise Alignment Specifications utilizing the Re-Calibration kit supplied in the package purchased on the effective date. Licensee may choose to pay to have Energy Enhancement System, LLC send a technician to recalibrate or re-install the Technology within the continental US for a fee of $3,000 USD. The cost for Hawaii, Alaska, and International installation sites may have additional costs.

1.10    **Installation of the Technology.**  Licensor will travel to Licensee's installation site to install and activate the Technology. Activation shall include computers, monitors, security devices, cables, keyboards and surge protectors. Licensor shall also train Licensee on standard operating instructions and use. Licensee agrees to have identical height pedestals, stands or shelves according to the number of computers to be installed, assembled prior to the installation team arriving. Licensee shall also provide electrical power for each computer.

1.11    **Support Services.**  During the initial term of this Agreement, Licensor may agree to perform periodic checks on the equipment and Technology to verify that the system is running at an optimal configuration and that proper alignments are maintained. In the event of a power outage or malfunction, Licensor will provide telephone-consulting assistance to Licensee to bring the Technology successfully back on-line. Licensor shall provide ongoing support for optimizing the intentional use and application of the Technology.

1.12    **Severability.**    If for any reason whatsoever, any one or more of the provisions of this Agreement shall be held or deemed to be illegal, inoperative, unenforceable or invalid as applied to any particular case or in all cases, such circumstances shall not have the effect of rendering any of the other provisions of this Agreement illegal, inoperative, unenforceable or invalid. Licensee agrees to allow access to the installation site by any one selected to be a said representative of Licensor, in order to remove property of Licensor (IE software on hard-drive and/or dongle-protection keys).

1.13    **Entire Agreement.**    This Agreement constitutes the final written expression of all of the agreements between the parties, and is a complete and exclusive statement of the terms and conditions thereof. It supersedes all prior agreements, representations and understandings made heretofore by and between Licensor and Licensee regarding the subject matter of this Agreement. The parties specifically represent, each to the other, that there are no additional or supplemental agreements between them related in any way to the matters contained herein unless specifically included or referred to herein.

| LICENSEE | ENERGY ENHANCEMENT SYSTEM, LLC |

Sign: _Susan B_ (DocuSigned, 056B6D7050404B3...)    By: _MB_
                                                    Michael Bertolacini, Manager

Print name: Susan Bowman

(2nd) Sign: _____

Print name: _____

Email: _____

Email: _____

Web site: _____

5

## EE-SYSTEM/ EE-QUBE BACK-ORDER FORM

| ORDER DATES: | ORDER # |
|---|---|
| SYSTEM TYPE: (X)   Qube: ☐   4: ☐   6: ☐   8: ☐<br>12: ☐   16: ☐   20: ☐   24: ☒   Custom: ☐ | |
| RACK TYPE: (X)   Rack System: ☐   Standard Units: ☐   Wall Mounted Shelves: ☐<br>Short Rack: ☐   Tall Rack: ☒   None: ☐ | |
| **Name** | Susan Bowman |
| **Business/Trust Name: (If Applicable)** | Susan Bowman |
| **Phone Number:** | 4252607528 |
| **Email:** | restorationhealing@yahoo.com |
| **Address:** | 3077 N Kootenai Rd Sandpoint, ID 83864 |
| *Will your system be Private/Public/Private with intention to be public: (X)* | Public: ☒   Private: ☐   Private (will become public): ☐ |

We do not install shelves or electrical.  12 units and higher may require an upgrade to your electrical.
If you do not have immediate access to funds at this time or you are looking for a new physical location to install, please reach out to us when you are completely ready to order.
Deposit of 50% required to hold your place, first come first serve.  50% due before we Install. Payment in full is also acceptable.
Please send a 360 degree video, drawings, sketches, and/or plans of your intended space to the number or email below.
Please text 845-774-9495 or email accountmgmt@eesystem.com

| **DocuSign Agreement Signed?**   Yes: ☐   No: ☐ | **Unifyd Members?**   Yes: ☐   No: ☐ | |
|---|---|---|
| **Deposit Confirmed?**   Yes: ☐   No: ☐ | **1st Deposit Amount:** | **2nd Deposit Amount:** |
| **1st Deposit Date:** | **Type:** | **2nd Deposit Date:** | **Type:** |
| **Tech Name:** | **Equipment Delivery Date:** | |

DocuSign Envelope ID: A22C630C-D568-4DA6-B8CE-42D53C631F0E

| Tech Name: | Equipment Delivery Date: |
|---|---|
| Travel details for technician(s): | |